UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
PUGET SOUND ELECTRICAL WORKERS      )
HEALTHCARE TRUST, *et al.*,         )
                                    )   Case No. MC18-0027RSL
                      Plaintiffs,   )
        v.                          )
                                    )   ORDER TO ISSUE WRIT OF
COMMUNICATION ENERGY                )   GARNISHMENT
TECHNOLOGY SOLUTIONS, INC., and     )
THOMAS K. JORDAN,                   )
                                    )
                      Defendants,   )
        v.                          )
                                    )
ANDERSEN CONSTRUCTION,              )
                                    )
                      Garnishee.    )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Communication Energy Technology Solutions, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Andersen Construction. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on March 9, 2018, at Dkt. # 1-2.

Dated this 15th day of March, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT